The plaintiff produced a grant dated November the 26th, 1789, upon a millitary warrant to Minos
 
 *85
 
 Cannon, and a deed from Cannon to the lessor of the plaintiff, for 150 acres dated on the 13th of January, 1792.
 

 The defendant’s evidence shewed that Ross obtained an attachment against Cannon returnable to the county court of Davidson, which issued the 24th of October, 1792, after the execution of the deed from Cannon to the Lessor of the plaintiff upon which the above land was attached.
 
 *
 
 On this attachment Ross obtained judgment against Cannon, at January sessions, 1794, of that court, and sued out an execution upon which he became the purchaser, and procured a sheriff’s deed dated the 19th of May, 1794.
 

 The defendant claimed under Ross by Several mesne conveyances to himself.
 

 It was proved on the part of the plaintiff, that Ross by his own acknowledgment had notice of the deed to the lessor of the plaintiff, previous to the issuing of his attachment.
 

 Upon this evidence the jury found a verdict for the plaintiff.
 

 A rule for a new trial was discharged after argument, by Campbell, j.—sitting alone.
 
 *
 

 *
 

 An attachment a lien 1 Da. Rep. 117.
 

 *
 

 Overton j. had been employed, and White J. was related to one of the parties.